FILED

MAY 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-00282 LJO |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | ) | (Fed. R. Crim. P. 48 (a)) |
| ARMANDO GALLARDO, | ) | |
| Defendant. | ) | |

ORDER

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice as to Armando Gallardo.

Dated: May 22, 2009

Lawrence J. O'Neill
U.S. District Judge

1