| | |
|---|---|
| 1 | JOHN F. GARLAND #117554 |
| | Attorney at Law |
| 2 | 1713 Tulare Street, Suite 221 |
| | Fresno, California 93721 |
| 3 | |
| | Telephone: (559) 497-6132 |
| 4 | |
| | Attorney for Defendant |
| 5 | ARMANDO VALENTIN GALLARDO |

**FILED**

MAY 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 08-CR-00282 LJO |
| Plaintiff, | ORDER FOR RETURN OF PASSPORT |
| v. | |
| ARMANDO VALENTIN GALLARDO, | |
| Defendant. | HONORABLE LAWRENCE J. O'NEILL |

The Indictment as to the above-named defendant having been Dismissed and the legal proceedings having been terminated;

IT IS HEREBY ORDERED that the Passport posted in this matter on October 28, 2008 [Doc # 49] be returned to defendant ARMANDO VALENTIN GALLARDO's attorney of record, John F. Garland.

Passport No.: **B FRE-4284 (MEXICO)**

IT IS SO ORDERED.

Dated: May 28, 2009

_____
LAWRENCE J. O'NEILL
United States District Judge

1