| | |
|---|---|
| 1 | JOHN F. GARLAND #117554 |
| | Attorney at Law |
| 2 | 1713 Tulare Street, Suite 221 |
| | Fresno, California 93721 |
| 3 | |
| | Telephone: (559) 497-6132 |
| 4 | |
| | Attorney for Defendant |
| 5 | ARMANDO VALENTIN GALLARDO |

FILED

MAY 2 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) Case No. 1: 08-CR-00282 LJO
                                     )
    Plaintiff,                       ) APPLICATION FOR ORDER EXONERATING
                                     ) BOND AND FOR RECONVEYANCE OF
    v.                               ) REAL PROPERTY AND ORDER THEREON
                                     )
ARMANDO VALENTIN GALLARDO,           )
                                     )
    Defendant.                       ) HONORABLE LAWRENCE J. O'NEILL
_____)

Defendant, ARMANDO VALENTIN GALLARDO, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the bond and for reconveyance of the real property in the above captioned case.

On September 2, 2008 defendant ARMANDO VALENTIN GALLARDO was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On October 16, 2008 United States Magistrate Judge Dennis L. Beck ordered the release of Mr. Gallardo, setting conditions of pretrial supervision, and the posting of not less than $40,000 in property bonds secured by the equity in three properties. On October 29, 2008 all property bond documents were submitted to the United States Attorney's Office for review and approval. On October 29, 2008 the following property bond documents were delivered to the Clerk of the Court:

1. A Straight Note (Secured By Deed Of Trust) in the amount of $23,000, and a Deed Of Trust in the amount of $23,000.00, executed by Cesar C. Gallardo;

1

2. A Straight Note (Secured By Deed Of Trust) in the amount of $13,000.00, and a Deed Of Trust in the amount of $13,000.00, executed by Maria Del Carmen Gallardo, as Trustee of the Maria Del Carmen Family Trust dated May 22, 2000; and

3. A Straight Note (Secured By Deed Of Trust) in the amount of $13,000.00, and a Deed Of Trust in the amount of $13,000.00, executed by Ana I. Gamboa.

Armando Valentin Gallardo was released from custody on October 29, 2008.

On May 22, 2009 the United States Attorney filed a Motion To Dismiss the indictment as to Armando Gallardo (Doc # 70). This Court issued and filed an Order On Government's Motion To Dismiss (Doc # 71) whereby the indictment was dismissed as to Armando Gallardo.

WHEREFORE, ARMANDO VALENTIN GALLARDO hereby requests the Court exonerate the bonds set by the Magistrate Judge and order the Clerk of the Court to reconvey title to the real property securing the property bonds. Assistant United States Attorney Kimberly A. Sanchez does not oppose this application

Dated: May 28, 2009                    Respectfully submitted,

                                          /s/ John F. Garland
                                          John F. Garland
                                          Attorney for defendant
                                          ARMANDO VALENTIN GALLARDO

## ORDER

IT IS HEREBY ORDERED that the property bond posted by Cesar C. Gallardo, secured by the real property located in Reedley, Fresno County, California, is exonerated and the Clerk of the Court is directed to reconvey to CESAR C. GALLARDO, the Deed Of Trust recorded on October 27, 2008 in the Fresno County Recorder's Office as Document No. **DOC-2008-0151490**.

IT IS FURTHER ORDERED that the property bond posted by Maria Del Carmen Gallardo, as Trustee of the Maria Del Carmen Family Trust dated May 22, 2000, secured by the real property located in Imperial County, California, is exonerated and the Clerk of the Court is directed to reconvey to MARIA DEL CARMEN GALLARDO, as Trustee of the Maria Del Carmen Family Trust dated May 22, 2000, the Deed Of Trust recorded on October 28, 2008 in the Imperial County Recorder's Office as Document No. **2008-030716**.

IT IS FURTHER ORDERED that the property bond posted by Ana I. Gamboa, secured by the real property located in Imperial County, California, is exonerated and the Clerk of the Court is directed to reconvey to ANA I. GAMBOA, the Deed Of Trust recorded on October 28, 2008 in the Imperial County Recorder's Office as Document No. **2008-030717**.

Dated: May 28, 2009

LAWRENCE J. O'NEILL
United States District Judge